

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC BOLTON                                            CIVIL ACTION

versus                                                 NO. 06-0227

LYNN COOPER, WARDEN                                    SECTION: "F" (3)

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Eric Bolton** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 7th day of June, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____